[No. 43005-0-I.    Division One.    November 29, 1999.]

BANG D. NGUYEN, *Appellant*, v. DEPARTMENT OF HEALTH, MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-23112-4, Robert S. Lasnik, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Grosse, J. Now published in part at 99 Wn. App. 96.

[No. 41734-7-I.    Division One.    November 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WILLIAM HAGGERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00693-1, James H. Allendoerfer, J., entered December 1, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Becker and Ellington, JJ.

[No. 42639-7-I.    Division One.    November 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE LOWRIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00103-2, Ronald L. Castleberry, J., entered May 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42472-6-I.    Division One.    November 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL ROBERT ISOLA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00759-8, Ronald L. Castleberry, J., entered April 6, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Grosse, J.